GREGORY L. WILDE, ESQ.
Nevada Bar No. 4417
**TIFFANY & BOSCO, P.A.**
212 S. Jones Blvd.
Las Vegas NV 89107
Telephone: (702) 258-8200
Facsimile: (702) 258-8787
E-mail: glw@tblaw.com
Attorney for Defendant
NATIONAL DEFAULT SERVICING CORPORATION

E-filed on September 28, 2011

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

GARY DIAZ,

Plaintiff,

v.

NATIONAL DEFAULT SERVICING CORPORATION,

Defendant.

Case No.: 2:11-cv-01208-JCM-CWH

**NOTICE OF APPEARANCE**

COMES NOW the law firm of Tiffany & Bosco, P.A., by and through Gregory L. Wilde, Esq., and gives notice of their appearance for and on behalf of Defendant NATIONAL DEFAULT SERVICING CORPORATION in the above-entitled matter.

///

///

///

///



**TIFFANY & BOSCO, P.A.**
212 S. Jones Blvd.
Las Vegas, NV 89107
Tel 258-8200 Fax 258-8787

TIFFANY & BOSCO, P.A.
212 S. Jones Blvd.
Las Vegas, NV 89107
Tel 258-8200 Fax 258-8787

All future documents and correspondence to be served on NATIONAL DEFAULT SERVICING CORPORATION should be addressed and served to Gregory L. Wilde, Esq. at the following address:

TIFFANY & BOSCO, P.A.
212 S. Jones Blvd.
Las Vegas NV 89107
Telephone: (702) 258-8200
Facsimile: (702) 258-8787
E-mail: glw@tblaw.com

DATED this 28th day of September, 2011.

**TIFFANY & BOSCO, P.A.**

/s/ Kevin S. Soderstrom
______________________________

GREGORY L. WILDE, ESQ.
Nevada Bar No. 4417
KEVIN S. SODERSTROM, ESQ.
Nevada Bar No. 10235
212 S. Jones Blvd.
Las Vegas NV 89107
Attorney for Defendant
NATIONAL DEFAULT SERVICING CORPORATION

**TIFFANY & BOSCO, P.A.**
212 S. Jones Blvd.
Las Vegas, NV 89107
Tel 258-8200 Fax 258-8787

**CERTIFICATE OF SERVICE**

I hereby certify that on this 28th day of September, 2011, I electronically transmitted the above Notice of Appearance to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel in this matter; all counsel being registered to receive Electronic Filing.

I further certify that on this 28th day of September, 2011, I placed a copy of the above Notice of Appearance into a sealed envelope and mailed it via regular mail, postage prepaid, addressed to:

Gary Diaz
9313 Dorrell Lane
Las Vegas, NV 89149
Plaintiff in Proper Person

/s/ Amy McConnell
_______________________________
An employee of Tiffany & Bosco, P.A.