GREGORY L. WILDE, ESQ.
Nevada Bar No. 4417
**TIFFANY & BOSCO, P.A.**
212 S. Jones Blvd.
Las Vegas NV 89107
Telephone: (702) 258-8200
Facsimile: (702) 258-8787
E-mail:  efilenv@tblaw.com
Attorney for Defendant
National Default Servicing Corporation
TB #13-77491

**TIFFANY & BOSCO, P.A.**
212 S. Jones Blvd.
Las Vegas, NV 89107
Tel 258-8200 Fax 258-8787

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GARY DIAZ, | Case No.: 2:11-cv-01208-JCM-CWH |
| Plaintiff, | |
| v. | |
| NATIONAL DEFAULT SERVICING CORPORATION, | |
| Defendant. | |

### ORDER EXPUNGING NOTICE OF LIS PENDENS

The Court having issued its Order (Doc. #34) on April 21, 2014 granting Defendant

National Default Servicing Corporation's Application for Post-Judgment Expungement of

Notice of Lis Pendens (Doc. #32), and good cause appearing,

///

///

///

///

///

///

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Notice of Lis Pendens recorded with the Clark County Recorder on February 10, 2012 as Book and Instrument No. 20120210-0001818 against the real property commonly known as 9313 Dorrell Lane, Las Vegas, Nevada, Assessor's Parcel Number 125-19-610-007, be and hereby is cancelled and expunged from the records of the Clark County Recorder.

DATED April 24, 2014.

_____
**UNITED STATES DISTRICT JUDGE**

Submitted this 22nd day of April, 2014 by:

**TIFFANY & BOSCO, P.A.**

/s/ Kevin S. Soderstrom

_____
GREGORY L. WILDE, ESQ.
Nevada Bar No.: 4417
KEVIN S. SODERSTROM, ESQ.
Nevada Bar No. 10235
212 South Jones Blvd.
Las Vegas, Nevada 89107
Attorney for Defendant
National Default Servicing Corporation

**TIFFANY & BOSCO, P.A.**
212 S. Jones Blvd.
Las Vegas, NV 89107
Tel 258-8200 Fax 258-8787

- 2 -

**TIFFANY & BOSCO, P.A.**
212 S. Jones Blvd.
Las Vegas, NV 89107
Tel 258-8200 Fax 258-8787

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of April, 2014 I electronically transmitted the above [PROPOSED] ORDER EXPUNGING NOTICE OF LIS PENDENS to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel in this matter; all counsel being registered to receive Electronic Filing.

I further certify that on this 22nd day of April, 2014 I placed a copy of the above [PROPOSED] ORDER EXPUNGING NOTICE OF LIS PENDENS into a sealed envelope and mailed it via regular mail, postage prepaid, addressed to:

Gary Diaz                           Gary Diaz
6440 Sky Pointe Dr., 235            6440 Sky Pointe Dr., 140-235
Las Vegas, NV 89131                 Las Vegas, NV 89131

Gary Diaz
9313 Dorrell Lane
Las Vegas, NV 89149


/s/ Jessica Moore
_____
An employee of Tiffany & Bosco, P.A.